UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL BONN | ) |
|     Plaintiff | ) Case Number: 09-3306 |
| vs. | ) CIVIL COMPLAINT |
| SOURCE RECEIVABLES MANAGEMENT, LLC | ) JURY TRIAL DEMANDED |
|     Defendant | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, MICHAEL BONN, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800